**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
110 E. Court Avenue, Suite 300
Des Moines, Iowa 50309–9264
www.iasb.uscourts.gov

In the Matter of:  Case No. 10–01454–als7
William H Lundbohum

Debtor(s)

**NOTICE OF ORDER/JUDGMENT REVOKING DISCHARGE**

Pursuant to the Order/Judgment Revoking the Discharge of Debtor(s) filed in Adversary Proceeding No. **12–30064–als** on **October 16, 2012**, NOTICE is hereby given that the Discharge of Debtor(s), filed on **June 22, 2010**, is REVOKED as to Debtor(s) **William H. Lundbohum.**

Date: 10/16/12

Mary M. Weibel
Clerk, U.S. Bankruptcy Court

Parties Served: Everyone in the Chapter Case